Pro Se 15 2016

FILED (DROP BOX)

JUL 17 2023

CLERK AT SEATTLE COURT
BY WESTERN DISTRICT OF WASHINGTON DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KryWanes. Brooks Work
Un Camour Kloor the
Kin the Body Head to tog

Plaintiff(s),

v.

ZALA Schmitz from
Woodinville Park, Dept
Un Camour Kloor the,

Entire Body Head to toe

Defendant(s).

CASE NO. ___23-cv-1075-TL___
[to be filled in by Clerk's Office]

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in
custody)

Jury Trial: ☒ Yes   ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name            KryWanes. Brooks Work
Street Address  1402 2nd Avenuy Apt. 714
City and County Seattly Kings county
State and Zip Code Washington 98101-1145
Telephone Number (206) 852-4464

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

Stamp Anjaram
on partial Zablo Backaotti

*on paper nonbooksATshum*

*Pro Se 15 2016*

*Zach Suamito Herzmsito Wante twan Woodinvillie police usy*

B.    Defendant(s) *un lamon kiase for sexpentive body*

*culture! Wante Aavve men of*

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1   *culture! Wante Aavve men of*

| | |
|---|---|
| Name | *Zach Suamitz Herzwis!to* |
| Job or Title *(if known)* | *chief police New Husbany* |
| Street Address | *17301 133Rd Avenue Nrks* |
| City and County | *Woodinvillie crty King county* |
| State and Zip Code | *Washington 98072* |
| Telephone Number | *(206) 296-3311 Ave (206) 391-1651* |
| ☒ Individual capacity | ☒ Official capacity |

Defendant No. 2   *culture! Wante Aavuit men of*

| | |
|---|---|
| Name | *Zach Suamitz Herzwi; s!to* |
| Job or Title *(if known)* | *Sex partner New Husbany Boy Friens* |
| Street Address | *669 South King Street mot. 51* |
| City and County | *seattly King county* |
| State and Zip Code | *Washington 98104* |
| Telephone Number | *(206) 296-3311 Ave (206) 391-1651* |
| ☒ Individual capacity | ☒ Official capacity |

Defendant No. 3   *Fengasco/marriey counsela 2006A*

| | |
|---|---|
| Name | *James L. Mills* |
| Job or Title *(if known)* | *2006 /counselor Fengasco maron* |
| Street Address | *550 C Street West* |
| City and County | *seattle Kingcounty* |
| State and Zip Code | *Washington 78130-4703* |
| Telephone Number | *(1-210) 365-5642* |
| ☒ Individual capacity | ☒ Official capacity  FILED (DROP BOX) |

JUL 17 2023

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

*Stamp Approve*       *on paper Thanks BA lfunttr*

Pro Se 15 2016                    On plaintiff whom blocks them

Defendant No. 4   Wife, b11Lfriens Ano sex pante

Name                        KeyWanie S. Bridgewatz
Job or Title *(if known)*   Girlfriens, Wife ann sex pante
Street Address              1402 2nd Avenue apt. 714
City and County             Seattle Kingcounty
State and Zip Code          Washington  98101-1145
Telephone Number            (206) 852-4464   FILED (DROP BOX)
☒ Individual capacity   ☒ Official capacity

JUL 17 2023

## II.   PREVIOUS LAWSUITS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Have you brought any other lawsuits in any federal court in the United States:?

☐ No      ☒ Yes      If yes, how many? __01__

Describe the lawsuit:

Un camour flage to Appea to be seem ask for Healtha Insvrance me social security Number to Appea to be seem and no more no more camour flage formula no

Parties to this previous lawsuit:

Seattle police Dept, Neighborcare Pike medical Clinic Ann Woodinville police Dept to take medication to only un camour flage to Appear to be seem bct medication from Doctor

Plaintiff(s)

Keywanic S. Bridgewathe UnCamourflage to Appea to be seem no more camourflage no more no.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

stamp Approval     on plaintiff Transbasalfuate

On *[handwritten illegible]*

Pro Se 15 2016

*spray on High Appear unCamourFluoc to be seen*

*spray on High Appear unGenecive All Property to be seen*

Defendant(s)

*ZACH SCHMITZ Un CAmourFLuoch to Appear*
*to be seen no more CAmourFluoch no more*
*spray on High Appear unCAmourFluoch to be seen*
*Spray on High Appear unGenecive All property to be seen*

(*If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary*)

Court and name of district: *United States District court* **FILED (DROP BOX)**

*Western District of Washington*

**JUL 17 2023**

Docket Number: *J65-06040*

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Assigned Judge: *Court of Appearance ZUDba!*

Disposition: (*For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?*)

*This Case Is Dismiss Case This Case Is not*
*Not no pending no, Continue Case*
*Court of Appearances Un camour fluoc Appear*

Approximate filing date of lawsuit: *7/10/2023*

Approximate date of disposition: *7/10/2023*

### III.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

*Court of Appearances Un Camour fluoc Appear to be seen*
*Spray on High ZACH Schmitz KeyWardes, BrisbrWatre*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4    *mrs. Schmitz*
*of Amppropprom with 911 Seattle police Dept.*
*on Pacifier ZonGooder*

*Pro Se 15 2016*

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suite against *(check all that apply)*:

☒    Federal officials (a *Bivens* claim)

☒    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Right to Un Camouflage Spray an Human Being of Zach Szmitz from Woodinville Police Dept.
The Right to Un Camouflage Spray on Human Being of Kaylwanie's, Brookwathie Mrs. Szmitz

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

No Rights Camouflage No
no Rights Genecide no
no Rights no more no
the Rights to Un Camouflage Appear to be seen

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any    statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

No more Camouflage no, no more genecide no

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

FILED (DROP BOX)

JUL 17 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

Pro Se 15 2016     on paper zablowaltums

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Culture. White About men ZACH SCHMITZ
culture. BLACK African American About women
of KEYLWAWES. BRINGRLWATE Mrs. SCHMITZ
Court of Appearance the Rights tool, TAARWGN

## IV.     STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Spray on High unclamarklaoh Human Beam Appear to be seen
Court of Appearances unclamarklaoh Appear to be seen
Court of Appearance unbenecine Appear to be Seen
Spray on High All property listed on the Listen

A.     Where did the events giving rise to your claim(s) occur?

Josephinum Building Apt, 714
1902 2d Avenue Apt. 714, Seattle WASH 98101-1145

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Date 7-10-2023

C.     What are the facts underlying your claim(s)?  *(For example: What happened to you?*

*Who did what? Was anyone else involved? Who else saw what happened?)*

No more Gamarklaoeno, no more Disappearing no
ZACH SCHMITZ And KEYLWAWES. BrightWate Mrs. Schmitz
JAMES L Millie Are Eric Brown Seattle Police Dept.
Woodinville police Dept.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

J transpraprovar     on paper zablowashar

Pro Se 15 2016

*on pant [illegible] Black/white*

*[illegible handwriting] Building Resident Manager [illegible] of the Manager*

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

*Yes have been treated for injuries taken medication from Doctor from the Neighborcare Pike Medical Clinic are from the h.K. Hospital*

FILED (DROP BOX)

JUL 17 2023

## VI.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

*Ask for Health Insurance say me give us apprenti to sign no more Camouflage no more occuring to the rights uncamouflage court of Appearance to be seen spray on Bish from head to toe entire Body*

## VII.    CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. *Violation of civil Right camouflage Violation of civil Right benecibe no more camouflage court for appearance appear to be seen will 911 seattle police*

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*stamp approval on pantin [illegible] Black*

_Pro Se 15 2016_

on plaintiff whole blo braithwate

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  ol _____7-10-2023_____

Signature of Plaintiff  ol _____Kymen S. Bsfweate_____

Printed Name of Plaintiff ol _____KeyLwAnveS. Brimbhwate_____


Date of signing:  ol _____1-10-2023_____

Signature of Plaintiff  ol _____Kymen S. Bsfuert_____

Printed Name of Plaintiff ob _____KeyWhAni.S. BrinbhWAte_____


Date of signing: ol _____7-10-2023_____

Signature of Plaintiff  ol _____Kymen S. Bsfuert_____

Printed Name of Plaintiff ol _____KeyWAnne S. BainbbLytte_____

FILED (DROP BOX)

JUL 17 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

stamp approval    on plaintiff Toa braithwate