UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYWANIE S. BRIDGEWATER,<br><br>     Plaintiff,<br><br> v.<br><br>ZACH SCHMITZ, JAMES LAMILLE,<br><br>     Defendants. | CASE NO. 2:23-cv-01075-TL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

  Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *See also*, Case No. 23-cv-00964-JCC (similar complaint dismissed for failure to state a claim).

  The Clerk shall provide a copy of this Order to plaintiff and to the assigned District Judge.

  DATED this 21st day of August, 2023.

                    _____
                    BRIAN A. TSUCHIDA
                    United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1