UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEYWANIE S BRIDGEWATER,<br><br>              Plaintiff,<br>   v.<br><br>ZACH SCHMITZ et al.,<br><br>              Defendants. | CASE NO. 2:23-cv-01075-TL<br><br>ORDER OF DISMISSAL |

This matter is before the Court on its own motion. On July 17, 2023, Plaintiff filed a proposed complaint but failed to pay the required filing fee. Dkt. No. 1, *see also* Dkt. No. 4 (Notice of Filing Deficiency). Plaintiff then filed an application to proceed *in forma pauperis* ("IFP"). Dkt. No. 5. Plaintiff's application for IFP status was granted, but U.S. Magistrate Judge Brian A. Tsuchida recommended review of the proposed complaint under 28 U.S.C. § 1915. Dkt. No. 6. The Complaint was entered on the docket on August 21, 2023. Dkt. No. 7. Upon review of the Compliant, the Court found that Plaintiff failed to state a claim upon which relief may be granted and dismissed this case without prejudice pursuant to 28 U.S.C. § 1915. Dkt. No. 8. The

Court granted Plaintiff leave to file an amended complaint to correct the deficiencies identified in the Court's order, by no later than Friday, September 29, 2023, or else the case would be dismissed in its entirety. *Id.*

Plaintiff has not filed an amended complaint as directed. The Court therefore ORDERS this case DISMISSED WITH PREJUDICE. Judgment shall be entered separately in accordance with this order.

Dated this 6th day of October 2023.

Tana Lin
United States District Judge